UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| WILLIAM T. HEBERT and MARY HEBERT, | ) | Bankruptcy No.: 09-48378-705 |
| Debtors, | ) | |
| PAUL BONO, | ) | Chapter 7 |
| Plaintiff, | ) | |
| v. | ) | Adversary No.: 09-4270-399 |
| | ) | |
| WILLIAM T. HEBERT and MARY HEBERT, | ) | |
| Defendants. | ) | |

### DEFENDANT WILLIAM HEBERT'S ANSWER TO COMPLAINT OF PAUL BONO

COMES NOW defendant, William Hebert, and for his Answer to the Complaint of Paul Bono, states as follows:

1. I admit that as manager of Dalkov Fund, LLC, the Dalkov Fund, LLC borrowed $50,000 from Paul Bono, which was listed as a debt on my bankruptcy petition.

2. I am unable to understand the remainder to the contents of the Complaint filed by Paul Bono, and therefore I must deny the remaining contents.

3. I did not take any action to defraud Paul Bono, or hide and/or dispose of any assets.

4. I believe Paul Bono's Complaint fails to state a cause of action for which relief may be granted against me because it does not state that the debt was incurred by false pretenses, a false representation or actual fraud, because it was not.

WHEREFORE, defendant, William Hebert, prays that plaintiff's Petition be dismissed.

Dated: December 29, 2009

Respectfully Submitted

William T. Hebert, Defendant
17 Beaujolais
Florissant, MO 63031

UNABLE TO CERTIFY SERVICE ON PAUL BONO

I am unable to send a copy of this document to Paul Bono because his Complaint fails to give his address.

, DEFENDANT